UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 DEC 21  P 2: 55

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

December 20, 2001

MEMORANDUM TO COUNSEL RE:   Eldwin Earl Bullock v. Baltimore City Police Dept., et al., Civ. #L-98-704

Dear Mr. Albright:

Please accept my sincere gratitude for your representation of Mr. Bullock. Equal access to the courts is a fundamental premise of our judicial system and, but for the sacrifices of lawyers such as yourself, Mr. Bullock and other indigent defendants would be denied the basic right to air their grievances in a court of law.

If you have any questions concerning the reimbursement of your expenses, please consult Appendix C of the Local Rules.

Very truly yours,

Benson Everett Legg

c:   Court file